# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WALTER JUNIOR ROBERSON**                                                                **PLAINTIFF**

**v.**                                                               **No. 1:14CV205-SA-JMV**

**CRAWLEY-FORD, ATTORNEYS AT LAW**                              **DEFENDANT**

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 18th day of December, 2014.

                                                                /s/ Sharion Aycock
                                                                Chief Judge
                                                                U.S. DISTRICT COURT
                                                                NORTHERN DISTRICT OF MS